# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 12, 2003

**Before**

**Hon.** KENNETH F. RIPPLE, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| DANIEL HOSEMAN, Trustee,<br>*Plaintiff-Appellant*,<br><br>No. 02-2634<br><br>v.<br><br>SIDNEY WEINSCHNEIDER,<br>*Defendant-Appellee*. | Appeal from the United States<br>District Court for the<br>Northern District of Illinois,<br>Eastern Division.<br><br>No. 01 C 6135<br><br>Elaine E. Bucklo,<br>*Judge*. |

## ORDER

The slip opinion issued in the above-entitled cause on March 6, 2003, is amended as follows:

On page 8, first full paragraph, line 11– the line should read "...judgment suit is not...".